# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Corena Oppel; individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Western Petroleum, Inc.; and Western Petroleum LLC, formerly known as, Western Petroleum, Inc.; | ) ) ) ) | |
| Defendants. | ) ) | Case No. 4:13-cv-104 |

Before the court is the Defendants' Motion for attorney John H. Lassetter to appear *pro hac vice* on their behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney John H. Lassetter has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the Defendants' motion (Docket No. 8) is **GRANTED**. Attorney John H. Lassetter is admitted to practice before this court in the above-entitled action on behalf of the Defendants.

**IT IS SO ORDERED.**

Dated this 30th day of September, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge